# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

143111

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ANDREA JOY BURG, a/k/a ANDREA JOY
BURG-KUSHIN,
     Defendant-Appellant.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143111
COA: 303166
Oakland CC: 2009-225133-FH

On order of the Court, the application for leave to appeal the April 26, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

h0919